# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  OPUS MANAGEMENT GROUP
        JACKSON, LLC, et al.[1]        CASE NO. 16-00297-NPO

## MOTION TO CONTINUE

COMES NOW, M. Chad Barrett ("**Barrett**"), and Farm007 Holdings, LLC ("**Farm007**") and files this Motion to Continue the hearing on *Seventh Interim and Final Application of Butler Snow LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses* (the "**Fee Application**") [Dkt #1046]. In support of the Motion, Barrett and Farm007 state as follows:

1. A hearing on *Seventh Interim and Final Application of Butler Snow LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses* [Dkt #1046] filed by Butler Snow is currently set for January 17, 2018, at 1:30 a.m.

2. Counsel for M. Chad Barrett and Farm007 Holdings, LLC, has a prior commitment that day and will be out of state.

3. Further, M. Chad Barrett and Farm007 Holdings, LLC, need additional time to fully review this fee application.

---

[1] The Chapter 11 cases of the following affiliated Debtors have been administratively consolidated for the joint administration pursuant to the Order Granting Motion of Opus Management Group Jackson, LLC for Order Directing Joint Administration of Affiliated Cases Pursuant to Bankruptcy Rule 1015(b), dated March 4, 2014 (Docket #114): Rx Pro of Mississippi, Inc. d/b/a McDaniel Pharmacy [Case No. 16-00288-NPO]; Opus Rx, LLC [Case No. 16-00291-NPO]; Estonna Management LLC, d/b/a The Brooks Pharmacy and d/b/a The Pharmacy at BCHC and d/b/a Vitality Compounding Pharmacy and d/b/a Vitality Pharmacy [Case No. 16-00292- NPO]; Rx Pro Pharmacy & Compounding, Inc., d/b/a OpusRx [Case No. 16-00294-NPO]; Care Rx Pharmacy Group, LLC [Case No. 16-00295-NPO]; World Health Jets LLC [Case No. 16-00296-NPO]; and Opus Management Group Jackson LLC [Case No. 16-00297-NPO] (collectively, the "Debtors"). A similar Order was entered in each of the Bankruptcy Cases.

1

WHEREFORE, PREMISES CONSIDERED, M. Chad Barrett and Farm007 Holdings, LLC, requests that this Court continue the hearing set for January 17, 2018, until further order of this Court and grant such other relief as is necessary under the circumstances.

DATED, this the 10th day of January, 2018.

                                              Respectfully submitted,

**M. CHAD BARRETT and
FARM007 HOLDINGS, LLC**

By its Attorney
JOHN D. MOORE, P.A.

By:   /s/   John D. Moore
        John D. Moore, MSB No. 10610

Law Offices of John D. Moore, P. A.
301 Highland Park Cove, Suite B (39157)
Post Office Box 3344
Ridgeland, Mississippi  39158-3344
601-853-9131
Fax:  601-853-9139
john@johndmoorepa.com

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing, and, therefore served, according to the applicable rules, to the parties set forth in the Electronic Mail Notice List as of the date hereof, including the following:

Ronald H. McAlpin, Esq.
ronald.mcalpin@usdoj.gov

Stephen W. Rosenblatt, Esq.
Stever.rosenblatt@butlersnow.com

Christopher R. Maddux, Esq.
chris.maddux@butlersnow.com

Thomas M. Hewitt, Esq.
Thomas.hewitt@butlersnow.com

      THIS, the 10th day of January, 2018.

/s/John D. Moore
John D. Moore

3