_____

SO ORDERED,

**Judge Neil P. Olack**
United States Bankruptcy Judge
Date Signed: February 6, 2018

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: OPUS MANAGEMENT GROUP
    JACKSON, LLC, et al.                                    CASE NO. 16-00297-NPO

### AGREED ORDER GRANTING MOTION FOR CONTINUANCE
### AND SETTING DEADLINES

THIS MATTER came before the Court on the motion of M. Chad Barrett **("Barrett")**, and Farm007 Holdings, LLC **("Farm007")** to continue the hearing on *Seventh Interim and Final Application of Butler Snow LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses* (the **"Fee Application"**) [Dkt #1046], Having considered the matter and agreement of the parties as evidenced by their signatures below, the Court finds that the motion should be granted.

IT IS ORDERED that on or before February 2, 2018, M. Chad Barrett and Farm007 Holdings, LLC, shall file a memorandum as to whether Butler Snow is required to itemize and allocate its fees to the individual Bankruptcy Cases in the Fee Application.

IT IS FURTHER ORDERED that Butler Snow shall file its reply memorandum on this issue on or

1

before February 16, 2018.

IT IS FURTHER ORDERED that the matter of whether Butler Snow is required to itemize and allocate its fees to the individual Bankruptcy Cases in the Fee Application shall be addressed by the Court at the Status Conferences in these bankruptcy cases, which are presently scheduled for February 27, 2018 at 10:00 a.m..

### END OF ORDER###

**APPROVED AND AGREED TO:**
s/ John D. Moore
John D. Moore (MSB #10610)
Law Offices of John D. Moore, P. A.
301 Highland Park Cove, Suite B (39157)
Post Office Box 3344
Ridgeland, Mississippi 39158-3344
*Attorney for M. Chad Barrett and Farm007 Holdings, LLC*

*s/ Christopher R. Maddux*
*Christopher R. Maddux (MSB # 100501)*
Butler Snow LLP
P.O. Box 6010
Ridgeland, MS 39158-6010
*Attorneys for Debtors*

**ORDER PREPARED AND SUBMITTED BY:**
John D. Moore (MSB #10610)
Law Offices of John D. Moore, P. A.
301 Highland Park Cove, Suite B (39157)
Post Office Box 3344
Ridgeland, Mississippi 39158-3344
601-853-9131
Fax: 601-853-9139
john@johndmoorepa.com