Form hn010npo

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**Opus Management Group Jackson LLC**

**CASE NO. 16–00297–NPO**

**DEBTOR.**

**CHAPTER 11**

## NOTICE OF STATUS CONFERENCE

You are hereby notified that the Court will hold a status conference on April 24, 2018 at 10:00 AM in the United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, on the following:

> Objection of RX Pro of Mississippi, Inc. d/b/a McDaniel Pharmacy to Proof of Claim of John F. Kendle – Claim No. 3 (Dkt. #468)

Dated: 3/28/18

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
501 East Court Street, Suite 2.300
P.O. Box 2448
Jackson, MS 39225–2448
601–608–4600

Courtroom Deputy
601–608–4642 (use to advise of settlement)
601–608–4693

Parties Noticed:

Opus Management Group Jackson LLC, Debtor–In–Possession

William J. Little, Jr., Esq., Counsel for Debtor–In–Possession

Jarrett Little, Esq., Counsel for Debtor–In–Possession

Kimberly R. Lentz, Esq., Counsel for Debtor–In–Possession

United States Trustee

John F. Kendle

Douglas Noble, Esq.

Richard K. Stovall, Esq.